```
IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NEW YORK
_____
UNITED STATES OF AMERICA
                              Plaintiff,  06-6239 T
      -vs-


Keith F. LeFlore, et al.
                              Defendants.
_____
```

ORDER TO DISMISS PARTY DEFENDANT(S)

This court having duly considered the pleadings and proceedings in this matter, and upon the Affirmation of Forsyth, Howe, O'Dwyer, Kalb & Murphy, P.C., by Gerald N. Murphy, Esq., of Counsel dated June 27, 2006, attorneys for the Plaintiff, it is

ORDERED, that the defendant, USA – Internal Revenue Service is hereby dismissed from this action and the caption of this action is amended to reflect the dismissal of the said party.

Dated:  Rochester, New York, July 14, 2006.

          S/ MICHAEL A. TELESCA
         Honorable Michael A. Telesca
         United States District Judge