IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NEW YORK
_____

UNITED STATES OF AMERICA
                                Plaintiff,      06-Cv-6239 T
    -vs-

Keith F. LeFlore, et al.
                      Defendants.
_____

## ORDER FOR AMENDMENT OF THE CAPTION TO IDENTIFY THE DEFENDANTS "MARY ROE AND XYZ CORPORATION" AND TO DISMISS DEFENDANT, JOHN DOE

This matter having come on for hearing on August 24, 2006, upon the United States' Motion for Judgment of Foreclosure and Sale and for Amendment of the caption to identify and substitute Tamla LeFlore and First Steps Daycare as the Mary Roe and XYZ Corporation defendants, the Court having duly considered the pleadings and proceedings in this matter, and it appearing that Tamla LeFlore and First Steps Daycare is a tenant or occupant at the property at issue and should be substituted in place of the Mary Roe and XYZ Corporation Defendants and that "John Doe shall be dismissed from the case and eliminated from the caption

Now pursuant to Rule 15 of the Rules of Civil Procedure it is hereby ordered that the caption be amended to substitute Tamla LeFlore and First Steps Daycare for defendants, Mary Roe and XYZ Corporation and by dropping the John Doe defendant from the caption of this action.

    **SO ORDERED.**

**Dated:  Rochester, New York, August 28, 2006**

        **S/ MICHAEL A. TELESCA**
      **Honorable Michael A. Telesca**
      **United States District Judge**